Argued and submitted September 27, conviction affirmed; special condition of probation vacated; remanded for resentencing November 13, 1991

STATE OF OREGON,
*Respondent,*

*v.*

THEODORE JOHN KESTNER,
*Appellant.*

(CF 89-830; CA A67744)

820 P2d 824

Jesse Wm. Barton, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Carol J. Fredrick, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

The state concedes that the trial court erred in imposing a special condition of probation that defendant unconditionally submit to searches. ORS 137.540(2)(m). We accept the concession.

Conviction affirmed; special condition of probation 4 vacated; remanded for resentencing.